# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILLIP WALKER, an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>ROUBA ELHARFOUCHE, an Individual; and DOES 1-10,<br><br>      Defendants. | Case No.: 2:21-cv-00232-AB-KS<br><br>*Hon. André Birotte Jr*<br><br>~~[PROPOSED]~~ **ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: January 11, 2021<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Phillip Walker's action against Defendant Rouba Elharfouche is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: July 14, 2021

Hon. André Birotte Jr
United States District Judge